**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**CRIMINAL MINUTES – SENTENCING**

**USA**

**v.**  CASE NO. 4:16cr074-NBB

**NATHANIEL BROWN**

Date and Time Began: August 10, 2017 - 2:35 PM
Date & Time Ended: August 10, 2017 - 3:05 PM

**TOTAL TIME: 30 minutes**

**PRESENT:**

**HONORABLE NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**

Karen Tidwell                                   Rita Young
**Courtroom Deputy Clerk**                      **Official Court Reporter**

**ATTORNEY FOR GOVERNMENT:**                    **ATTORNEY FOR DEFENDANT:**
Clayton A. Dabbs                                Terris C. Harris

**U. S. PROBATION OFFICER:**
Andrew H. Fountain

**PROCEEDINGS:** Sentencing.

**ENTRY TO BE MADE ON DOCKET:** Sentencing hearing held. Government's motion to dismiss counts 2, 3, 4, 5, and 6 of the indictment Granted. Final Judgment to follow.

**DAVID CREWS**

By /s/ Karen Tidwell
   Courtroom Deputy Clerk