# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) Docket No.: 0537 4:16CR00074-001 |
| Nathaniel Brown | ) |
| | ) |

## ORDER OF VOLUNTARY SURRENDER

IT IS HEREBY ORDERED THAT THE DEFENDANT, HAVING BEEN SENTENCED IN THE ABOVE CASE TO A TERM OF IMPRISONMENT, IS HEREBY ORDERED TO SURRENDER HIMSELF BY REPORTING AS DIRECTED BY THE CLERK OF THE COURT ON _Oct 9, 2017_.

_____
JUDGE

_8/10/2017_____
DATE

ACKNOWLEDGMENT:

I AGREE TO REPORT AS DIRECTED IN THIS ORDER AND UNDERSTAND THAT IF I FAIL TO DO SO I MAY BE CITED FOR CONTEMPT OF COURT AND IF CONVICTED OF CONTEMPT MAY BE PUNISHED BY IMPRISONMENT OR FINE OR BOTH.

_____  _____
ATTORNEY/WITNESS                  DEFENDANT

ND/MS PROBATION FORM NO.8 (1/17)